■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN R. BROWN, Appellant. [831 NYS2d 329]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Honorof, J.), rendered March 25, 2005, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]).

The defendant has not raised any nonfrivolous issues in his supplemental pro se brief. Mastro, J.P., Ritter, Skelos, Carni and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENNIE CHAMBERS, Appellant. [831 NYS2d 341]—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Giacobbe, J.), rendered August 20, 2004, convicting her of assault in the third degree, tampering with a witness in the second degree, and intimidating a witness in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that her convictions of assault in the third degree, tampering with a witness in the second degree, and intimidating a witness in the second degree were not supported by legally sufficient evidence is unpreserved for appellate review (*see People v Gray,* 86 NY2d 10, 19-21 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish beyond a reasonable doubt the defendant's guilt of these crimes (*see People v Calabria,* 3 NY3d 80, 81-82 [2004]). Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]).

The defendant's remaining contentions are without merit. Rivera, J.P., Ritter, Goldstein and Angiolillo, JJ., concur.